# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

**TINGTING WU**                                        **CASE NO.  6:26-CV-00214 SEC P**

**VERSUS**                                                   **JUDGE TERRY A. DOUGHTY**

**SCOTT LADWIG ET AL**                          **MAGISTRATE JUDGE LEBLANC**

## MEMORANDUM ORDER

Before the Court is a Motion for Temporary Restraining Order ("TRO") [Doc. No. 7] filed by Petitioner, Tingting Wu ("Petitioner"). After carefully considering Petitioner's filings and the applicable law, the Motion is **DENIED**. Petitioner seeks, via this Motion, release from detention or, in the alternative, enjoinment of Respondents from continuing to detain Petitioner, or a bond hearing.[1]

As another Judge of this Court recently stated:

> The very basis of a habeas action is to challenge the statutory or constitutional basis for detention. *See Dep't of Homeland Sec. v. Thuraissigiam*, 591 U.S. 103, 117 (2020) ("[T]he essence of habeas corpus is an attack by a person in custody upon the legality of that custody, and ... the traditional function of the writ is to secure release from illegal custody.") (quoting *Preiser v. Rodriguez*, 411 U.S. 475, 484 (1973)). Seeking injunctive relief that mirrors the relief requested in the habeas petition is *nothing more than a motion to decide my habeas petition now*. *See Garcia-Aleman v. Thompson*, No. 5:25-CV-00886, ECF No. 20 (S.D. Tex. Oct. 30, 2025). The Court will not allow Petitioner to commit an end-run around the habeas process.

*Da Silva v. Tellez*, No. 25-CV-1960, 2025 WL 3553041, at *1 (W.D. La. Dec. 8, 2025)

(emphasis added).

---

[1] [Doc. No. 7-1, pp. 2, 8].

Since the preliminary relief Petitioner seeks—release from detention or a bond hearing—mirrors the ultimate relief sought in Petitioner's Petition for Writ of Habeas Corpus ("Habeas Petition"),[2] Petitioner's Motion for TRO [Doc. No. 7] is **DENIED**.

**IT IS ORDERED** that the Habeas Petition [Doc. No. 1] is hereby referred to the Magistrate Judge.

MONROE, LOUISIANA, this 10th day of March 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

---

[2] [Doc. No. 1, pp. 22–23].